Hillsborough,
June 29, 1905.

### MORIN v. LEFEBVRE.

BILL IN EQUITY, for an injunction to restrain the defendant from obstructing a passageway over his land, alleged by the plaintiff to be appurtenant to her lot. Facts found by *Chamberlin, J.,* at the September term, 1904, of the superior court, and transferred without a ruling.

Carter owned a lot of land forty-eight feet in width, extending from Pine street in Nashua in an easterly direction 100 feet. November 10, 1869, he conveyed to Dufault the southerly twenty feet in width of the lot, of which the defendant has become the owner by mesne conveyances. There was no reservation of any right of way over the land thus conveyed. December 27, 1869, Carter conveyed to Larose the easterly thirty feet of the remaining portion of the lot, " with a right of way from Pine street over my [his] half of the driveway between my [his] land and land of Dufault." The plaintiff is the owner of this lot and right of way, whatever it may be. February 10, 1870, Carter conveyed to Duval the remainder of the land.

*Doyle & Lucier*, for the plaintiff.

*Henry B. Atherton*, for the defendant.

CHASE, J. The only apparent question of law that can arise upon these facts is whether the plaintiff is entitled to the relief prayed for; and it is evident that she is not, as she shows no title whatever to a right of way over the defendant's land. The bill should be dismissed.

*Case discharged.*

All concurred.